EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2004 TSPR 76 |
| Solicitud del Colegio de Abogados en torno a Prórroga para Presentar Comentarios al Proyecto de Educación Jurídica Continua | 161 DPR ____ |

Número del Caso: MC-2003-16

Fecha: 21 de mayo de 2004

Colegio de Abogados de Puerto Rico:
Lcdo. Carlos Mondríguez Torres
Presidente

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:                                          MC-2003-16

Solicitud del Colegio de
Abogados en torno a Prórroga
para Presentar Comentarios al
Proyecto de Educación Jurídica
Continua


RESOLUCIÓN


San Juan, Puerto Rico, a 21 de mayo de 2004


Mediante Resolución del 4 de octubre de 2002 se designó al Presidente y a los Miembros de la Junta de Educación Jurídica Continua con la encomienda de que prepararan un Proyecto de Reglas bajo la Regla 8(d) 7 del Reglamento de Educación Jurídica Continua. La Junta llevó a cabo múltiples reuniones y varias sesiones especiales a las que comparecieron como invitados y ponentes, representantes de las escuelas de derecho con programas de educación jurídica continua existentes a esas fechas, asi como el Colegio de Abogados y su Instituto de Educación Práctica, el Negociado de Métodos Alternos y el Programa de Educación Continua del Departamento de Salud.

Para el 17 de julio de 2003 la Junta de Educación Continua publicó un anuncio solicitando a la comunidad jurídica sus comentarios en torno al Proyecto de Reglamento del Programa de Educación Jurídica Continua. Los comentarios debían ser presentados a más tardar el 15 de agosto de 2003. El Proyecto fue publicado también en los Centros Judiciales, en el Portal de la Rama Judicial y se

distribuyeron copias del mismo a través del Secretariado de la Conferencia Judicial.

El Colegio de Abogados solicitó inicialmente a la Junta una prórroga para presentar sus comentarios, la que le fue concedida. Posteriormente, para el 11 de septiembre de 2003 solicitó una prórroga de seis (6) meses para que su matrícula pudiera expresarse y ofrecer recomendaciones sobre el referido Proyecto de Reglamento. Esa prórroga le fue concedida mediante Resolución notificada el 29 de octubre de 2003.

El 20 de abril de 2004, el Colegio presentó **una tercera** Moción solicitando prórroga, mediante la cual solicita sesenta (60) días adicionales. Se le concede **una última prórroga**, a vencer el miércoles 30 de junio de 2004, para presentar sus recomendaciones o comentarios sobre el Proyecto de Reglamento del Programa de Educación Jurídica Continua según solicitado desde 17 de julio de 2003.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


                            Patricia Otón Olivieri
                        Secretaria del Tribunal Supremo